## SINGLETARY v. SINGLETARY.

EVANS, P. J. On application for temporary alimony, the judge may inquire into the cause and circumstances of the separation, and in the exercise of a sound discretion may refuse alimony. Civil Code, § 2460.

There was no abuse of discretion in refusing alimony to the wife, under the facts of this case.

*Judgment affirmed. All the Justices concur.*

Submitted February 13,—Decided March 27, 1908.

Petition for alimony. Before Judge Whipple. Ben Hill superior court. November 14, 1907.

*Eason & Bull,* for plaintiff.